**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Anthony Lamar SNIPE, Defendant– Appellant.**

**United States of America, Plaintiff–Appellee,**

v.

**Anthony Lamar Snipe, Defendant– Appellant.**

Nos. 08–6572, 08–6774.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2008.

Decided: Sept. 22, 2008.

Anthony Lamar Snipe, Appellant Pro Se. John Charles Duane, Eric John Klumb, Assistant United States Attorneys, Charleston, South Carolina, for Appellee.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Anthony Lamar Snipe appeals the district court's orders denying his motion for a reduction in sentence under 18 U.S.C. § 3582(c)(2) (2000), his request for a reduction in sentence based on substantial assistance, 18 U.S.C. § 3553(e) (2000), and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Snipe*, No. 2:02–cr–00833–PMD–1 (D.S.C. Mar. 27, 2008, Apr. 16, 2008, & Apr. 29, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*